7 Cal.Rptr. 706]

[Crim. No. 3717.   First Dist., Div. Two.   Sept. 20, 1960.]

THE PEOPLE, Respondent, v. CLYDE R. WALLACE, Appellant.

John A. Waner, under appointment by the District Court of Appeal, for Appellant.

Stanley Mosk, Attorney General, Arlo E. Smith and Peter T. Kennedy, Deputy Attorneys General, for Respondent.

KAUFMAN, P. J.—For the reasons stated in *People* v. *Wallace,* 182 Cal.App.2d 624 [6 Cal.Rptr. 309], the order denying appellant's motion for new trial herein is affirmed.

Draper, J., and Shoemaker, J., concurred.